# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAMIDULLAH,**<br>    **Detainee, United States Air Force**<br>    **Base at Bagram, Afghanistan, and**<br><br>**WAKEEL KHAN,**<br>    **as next friend to HAMIDULLAH,**<br><br>    **Petitioners,**<br><br>    **v.**<br><br>**BARACK OBAMA,**<br>    **President of the United States,**<br><br>**CHARLES T. HAGEL,**[1]<br>    **Secretary of Defense,**<br><br>**COL. JACK L. BRIGGS II,**<br>    **Commander, and**<br><br>**JOHN AND/OR JANE DOES Nos. 1-5,**<br>    **Custodians,**<br><br>    **Respondents.** | **Civil Action No. 10-758 (JDB)** |

## ORDER

Upon consideration of [30] this Court's October 19, 2012 Memorandum Opinion, the December 24, 2013 Opinion of the United States Court of Appeals for the District of Columbia Circuit, the Mandate issued on March 24, 2014, and the entire record herein, it is hereby

**ORDERED** that each party shall file a memorandum of law and fact, by not later than April 30, 2014, addressing (1) whether petitioner Hamidullah is in the sole custody of the

---

[1] The Court has substituted the current Secretary of Defense, Charles T. Hagel, in place of his predecessor, former Secretary Robert M. Gates, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

government of Pakistan, and (2) whether Hamidullah's petition is now moot; and it is further

**ORDERED** that, to the extent the parties have an alternate proposal as to how to conduct further proceedings in this case, the parties shall file a joint proposal (or separate proposals, if they cannot agree) by not later than April 10, 2014.

**SO ORDERED**.

_____/s/_____

JOHN D. BATES
United States District Judge

Dated:  <u>March 31, 2014</u>